x:\tc51280\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
INES LEON AND LUIS E. QUEZADA,

                Plaintiffs,

    -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BOSTON PROPERTIES,
BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., BT PRIVATE CLIENTS CORP.,
DEUTSCHE BANK TRUST COMPANY, DEUTSCHE
BANK TRUST COMPANY AMERICAS, DEUTSCHE
BANK TRUST CORPORATION, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH & CO, INC., NEW
YORK UNIVERSITY, NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE

NOTICE OF
ADOPTION

07 CV 4481

GLOBAL SERVICES, INC., THAMES REALTY CO,
THE BANK OF NEW YORK TRUST COMPANY NA,
TISHMAN CONSTRUCTION CORPORATION OF
MANHATTAN, TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK, TISHMAN
INTERIORS CORPORATION, TISHMAN SPEYER
PROPERTIES, TOSCORP INC., VERIZON
COMMUNICATIONS, INC., VERIZON NEW YORK,
INC., VERIZON PROPERTIES, INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO., GP. CORP.,
WFP TOWER B HOLDING CO., LP, AND WFP TOWER
B. CO., L.P.,

          Defendants.
------------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

  WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       September 5, 2007

                                                                                                       */s/ William D. Joyce, III*
                                                               WILLIAM D. JOYCE, III (WDJ 9899)
                                                               BARRY, McTIERNAN & MOORE
                                                               Attorneys for Defendants
                                                               STRUCTURE TONE, INC. s/h/a
                                                               STRUCTURE TONE (UK), INC. and
                                                               STRUCTURE TONE GLOBAL SERVICES, INC.
                                                               2 Rector Street – 14th Floor
                                                               New York, New York  10006
                                                               (212) 313-3600